United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR MIANI, | No. C-09-2535 MMC |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
|   v. | |
| COUNTRYWIDE BANK, N.A., et al., | |
|     Defendants. / | |

      Before the Court is defendants' Notice of Removal, filed June 8, 2009, in which defendants assert the above-titled action is subject to removal on the ground that plaintiff's claims, all of which are brought under state law, "necessarily raise a stated federal issue, actually disputed and substantial, including claims involving the Real Estate Settlement Practices Act ('RESPA'), 12 U.S.C. §§ 2601-2617; and the Truth in Lending Act ('TILA'), 15 U.S.C. § 1601, et seq." (See Notice of Removal ¶ 4.)  The allegations in plaintiff's complaint cited in support of such assertion, however, contain no reference to such statutes (see Compl. ¶¶ 23, 38, 50, 54, 76, 87, 117), nor have defendants sufficiently demonstrated that a federal issue is in fact "necessarily raise[d]" by said allegations. Cf. Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg., 545 U.S. 308, 314 (2005) (holding federal jurisdiction exists where state law claim "necessarily raise[s] a stated federal issue, actually disputed and substantial, which a federal forum may entertain without disturbing

any congressionally approved balance of federal and state judicial responsibilities").

Accordingly, defendants are hereby ORDERED TO SHOW CAUSE, in writing and no later than July 31, 2009, why the instant action should not be remanded to state court for lack of subject matter jurisdiction. Plaintiff, no later than August 14, 2009, may file a reply to defendants' response to this Order to Show Cause. The matter will stand submitted on the date plaintiff's reply is due and will be decided without a hearing, unless the Court hereafter determines a hearing is necessary.

In light of the above, the August 7, 2009 hearing on defendants' motion to dismiss, filed June 15, 2009, is hereby VACATED and may be renoticed following resolution of this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 15, 2009

_____
MAXINE M. CHESNEY
United States District Judge